UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. _____
)
MODESTO ALEXIS VASQUEZ-SOTO, )
Defendant. )

2004 MAR 19 A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

Motion for Detention Hearing

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   _____ Crime of violence (18 U.S.C. § 3156)

   __X__ Maximum sentence of life imprisonment or death

   __X__ 10 plus years drug offense

   _____ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which reasonably will assure (check on or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United State (will, ~~will not~~) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). If "yes," the presumption applies because (check one or both):

    __X__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the Court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses:

    Proffer of Assistant U.S. Attorney.

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      UNITED STATES ATTORNEY

By: _/s/ Kevin O'Regan_____
      Kevin O'Regan
      Assistant U.S. Attorney

Dated: March 18, 2004

2